# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

    vs                                    Case No.: 3:19cr60/MCR/EMT

NOAH D. STIRN

_____

## ORDER

Defendant's letter addressed to **"The United States of America,"** but mailed to "U.S. Magistrate Judge Elizabeth M. Timothy," was received by the clerk of court on June 25, 2019, and referred to the undersigned with the following deficiencies:

    A party must not address or send a letter to a judge.  *See* N.D. Fla. Loc. R. 7.1(A), (M).

    Defendant is represented by counsel, and therefore he should direct all correspondence to his counsel of record.

For these reasons, it is **ORDERED** that:

    The clerk of court is directed to return the letter to Defendant without electronic filing.

**DONE AND ORDERED** this 28th day of June 2019.

                          /s/ *Elizabeth M. Timothy*
                          **ELIZABETH M. TIMOTHY**
                          **CHIEF UNITED STATES MAGISTRATE JUDGE**