# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

**UNITED STATES OF AMERICA**

v.                                          **Case Number 3:19cr60/MCR**

**NOAH D. STIRN**

_____/

## FACTUAL BASIS FOR GUILTY PLEA

The defendant admits that if this case were to proceed to trial, the government could prove the following facts.

On or about May 8, 2019, the United States Marshals Service, Northern District of Florida, notified the FBI that a letter was received at the United States District Court for the Northern District of Florida, in Pensacola, which had been mailed on May 7, 2019. The letter was addressed to the "Clerk of U.S. District Court, One North Palafox Street, Pensacola, Florida 32502-5658" and signed by "Mr. Noah D. Stirn, DC# Y52583, DOB XX-XX-1995." The letter stated, in summary, that judges of the Court had been followed home and, if they do not resign from their positions, the doors of their homes will be kicked in and gang members would "viciously murder" the judges. The letter also articulated that an explosive device had been placed in the federal courthouse, and that it was made of "Texter Unibox C4" and set for a timed detonation. Instructions were included demanding

1

a wire transfer of $50,000 to a specified account. The letter stated that only once the defendant had "received confirmation that the funds have been deposited, I will call off the murders of both you Clerk, and the Judges death, along with your families." Additional articulated orders involved not reporting the matter to authorities and providing a two week deadline to comply. Law enforcement protocols were put in place based upon the letter. A review of law enforcement records revealed the United States District Court for the Southern District of Florida had also just received two such letters threatening bombs/explosives that led to K9 sweeps of the federal building in Miami, Florida.

In summary, on or about April 26, and May 10, 2019, the United States Marshals Service, Southern District of Florida, received letters addressed to the "United States District Court, Southern District of Florida, Office of the Clerk, Room 8N09, 400 North Miami Avenue, Miami, Florida 33128-7716" and postmarked from "Noah D. Stirn, DC# Y52583, B.R.C.F, 5914 Jeff Ates Road, Milton, FL 32583" (on or about April 23 and May 6, 2019). The letters stated, amongst other things, "I have assisted in planning and strategy to place Texter Unibox C4 into your judicial chambers, explosives, in order to assassinate Magistrate Judge P. White for his political wrongdoing. There are bombs in your building." It further stated "Im not crazy. This is no damn joke." The letters made specific reference to the "Islamic State" and noted that explosives were going to

2

detonate.

On or about May 14, 2019, the Social Security Administration in Pensacola received a letter postmarked May 13, 2019. The letter contained threats stating "This letter is not a hoax...There is very much explosive material in your building...the explosive material consists of Texter Unibox C4, along with fertilizer," and "this is a direct attack on the U.S. Government," and was signed by "Noah D. Stirn, DC# Y52583, D.O.B XX/XX/1995." The Social Security Administration building was evacuated, closed, and swept by the Pensacola Police Department K-9 unit per law enforcement protocols.

On or about May 15, 2019, the United States Attorney's Office in Pensacola received a similar letter postmarked May 14, 2019. The letter was addressed by Noah Stirn. The letter consisted of a description of multiple improvised explosive devices placed in the building and in multiple vehicles around the building. The federal prosecutor's office was evacuated and swept by the Pensacola Police Department K-9 unit as per law enforcement protocols.

On or about May 16, 2019, Blackwater River Correctional Facility staff disclosed to the FBI that Noah D. Stirn placed four other letters into the outgoing mail the previous day, but the letters had not yet left the facility. The four letters were addressed to:

-Clerk of the United States District Court in Panama City, Florida

3

       -Clerk of the United States District Court in Gainesville, Florida
       -Clerk of the United States District Court in Tallahassee, Florida
       -The Federal Public Defender's Office in Pensacola, Florida

These four letters were seized by the FBI pursuant to legal process for evidentiary purposes.

On or about May 17, 2019, a letter addressed to the "Secretary of State, 500 S. Bronough Street Room 316 Tallahassee, Florida 32399-0250" was received by the Florida Department of State, which was postmarked May 14, 2019. The letter was postmarked from "Mr. Noah Devon Stirn, DC# Y52583, Blackwater C.F., 5914 Jeff Ates Road, Milton, Florida 32583." The letter stated "THIS LETTER IS NOT A JOKE OR A HOAX" and described that explosives, pipe bombs and "Texter Unibox C4" was placed in their offices and "…a car bomb for the Secretary of State which should be in place as you receive this letter." This letter prompted an evacuation of the building in Tallahassee.

On or about May 17, 2019, FBI Special Agents attempted to interview Noah D. Stirn at the Blackwater River Correctional Facility. After being provided his *Miranda* warnings and waiving same, Stirn admitted to agents that he authored the letters and placed them in the outgoing mail. Stirn stated that he disagreed with various policies of the United States Government and these letters were his attempt to change the policies of the United States. He told agents that employees of the government "could be considered the enemy." Stirn informed the FBI that he

would not stop mailing letters of this nature. Interviews of members of the Blackwater River Correctional Facility staff revealed a process through which inmates send mail marked as "Legal Mail." The staff logs the inmate's name, date it was received, the mailing address, the initials of the employee who collected the letters, and the date the mail was provided to the United States Postal Service. This further confirmed the aforementioned letters were mailed by Noah D. Stirn.

A review of the Blackwater River Correctional Facility mail logs reflects that Stirn mailed/attempted to mail approximately 21 letters between April 22 – May 20, 2019. Some were intercepted by the FBI before they were actually mailed and were never opened until seized by law enforcement.

The defendant, Noah Stirn, now admits to mailing all of the letters as charged in the indictment, which is incorporated herein as true and correct.

### Elements of the Offenses

Mailing Threatening Communications:

1. The defendant mailed (or caused to be delivered by the Postal Service) a communication addressed to any other person;
2. The communication contained a true threat to injure a person; and
3. The defendant acted knowingly and willfully.

Threatened Use of Explosives:

1. The defendant, through the use of mail, telephone, telegraph, or other instrument of interstate or foreign commerce;
2. Maliciously conveyed false information;
3. In and affecting interstate or foreign commerce;
4. Knowing it to be false;
5. Concerning an attempt or alleged attempt being made, or to be made

5

   a. to kill, injure, or intimidate any individual; or
   b. unlawfully to damage or destroy any building, vehicle, or other real or personal property; and was

6. By means of fire or an explosive.

LAWRENCE KEEFE
United States Attorney

_____
CHRISTOPHER RABBY
Attorney for Defendant
Florida Bar No. 947563
445 East Government Street
Pensacola, Florida 32502
(850) 437-9410

_____
DAVID L. GOLDBERG
Assistant U.S. Attorney
Northern District of Florida
Member of the Maryland Bar
21 East Garden Street, Suite 400
Pensacola, Florida 32502
(850) 444-4000

10/25/19
Date

11/8/19
Date

_____
NOAH D. STIRN
Defendant

_____
MICHELLE DAFFIN
Florida Bar No. 0640761
Assistant United States Attorney
Northern District of Florida
1001 E. Business Hwy 98, #200
Panama City, Florida 32401
850-767-5006

10/25/19
Date

11-8-19

Date

6