Case 3:19-cr-00060-MCR Document 34 Filed 11/08/19 Page 1 of 2
Case 3:18-cr-00080-MCR Document 31 Filed 03/26/19 Page 1 of 2

Page 1 of 2

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

vs.                                                   Case No. 3:19cr60/MCR

NOAH D. STIRN

_____

## REPORT AND RECOMMENDATION
## CONCERNING PLEA OF GUILTY

The Defendant, by consent, appeared before me on November 8, 2019, pursuant to Rule 11, Fed. R. Crim. P., and entered a plea of guilty to Counts One through Twelve of the Indictment. After cautioning and examining the Defendant under oath concerning each of the subjects mentioned in Rule 11, I determined that the guilty plea was knowing and voluntary, and that the offenses charged are supported by an independent basis in fact containing each of the essential elements of such offenses. Additionally, after examining the Defendant, and after considering the parties' stipulation to the finding by the Bureau of Prisons' examiner in this case that the Defendant is competent to proceed (*see* ECF No. 24 (filed under seal)), I also found that the Defendant was competent to enter the guilty plea. I therefore recommend that the plea of guilty be accepted and that the Defendant be adjudicated guilty and have sentence imposed accordingly.

Case 2:19-cr-00060-MCR Document 34 Filed 11/08/19 Page 2 of 2
Case 3:18-cv-00080-MCR Document 31 Filed 03/26/19 Page 2 of 2

Page 2 of 2

Dated: November 8, 2019

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**CHIEF UNITED STATES MAGISTRATE JUDGE**

**NOTICE**

Objections to these proposed findings and recommendations must be filed within twenty four (24) hours after being served a copy thereof. <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.</u> A copy of objections shall be served upon all other parties. If a party fails to object to the magistrate judge's findings or recommendations as to any particular claim or issue contained in a report and recommendation, that party waives the right to challenge on appeal the district court's order based on the unobjected-to factual and legal conclusions. *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636.

Case No.: 3:19cr60/MCR