# *United States District Court*
**CRIMINAL MINUTES - SENTENCING AND JUDGMENT**

| | | | |
|---|---|---|---|
| Time Commenced | 1:05 pm | Case No. | 3:19cr60-MCR |
| Time Concluded | 2:07 pm | Date | February 7, 2020 |

**DOCKET ENTRY:  SENTENCING HEARING**

Sentence imposed as to Counts  1 – 12  :  Custody of BOP for  110  months; supervised release for  3  years; fine waived; no restitution and SMA of $  1,200  (due immediately). Dft remanded to custody of U.S. Marshal. SEE FORMAL JUDGMENT.

PRESENT :    HONORABLE    **M. CASEY RODGERS**    U.S. DISTRICT JUDGE

| Susan Simms | Ben Pearce | Donna Boland | Michelle Daffin |
|---|---|---|---|
| Deputy Clerk | Probation Officer | Court Reporter | Asst U. S. Attorney |

**U.S.A v DEFENDANT LISTED BELOW**                **ATTORNEY FOR DEFENDANT**
(1)  **Noah D. Stirn**                                            (1)  Christopher Rabby

✓  Present   ✓  Custody       O/R              ✓  Present   ✓  Appointed       Retained

**PROCEEDINGS:**

✓  DFT has read the presentence investigation (PSR) report and has discussed it with his/her attorney.

✓  DFT adjudicated Guilty of Count(s):     1 - 12            SENTENCE IMPOSED:

✓  DFT remanded to the custody of the Bureau of Prisons on Count(s):
          2,4,6,8,10 & 12   imprisonment for a term of    110   months
          1,3,5,7,9 & 11    imprisonment for a term of     60    months

with said sentences to run concurrently one with another; and said sentence to run consecutively to the sentence imposed in Collier County, FL DKT #2013CF2363 and to any yet to be imposed sentence in Collier County, FL DKT #2018CF1036.

✓  Court recommends place of incarceration at or near:  FCI Coleman Medium in the Life Skills Program

✓  Additional recommendations:

   ✓  Residential Drug Abuse Program (RDAP) while in custody of BOP
   ✓  Complete Drug Education Classes & Participate in BOP's nonresidential drug abuse treatment program.
   ✓  Dft identified as needing substance abuse treatment both during incarceration and at a reentry center.
      Complete GED classes.
      Mental Health Evaluation and/or Treatment while in the custody of BOP.
      Sex Offender Treatment Programming.
   ✓  Cognitive Behavioral Therapy Programming.
   ✓  Other:  Dft shall receive cognitive function testing to determine Dft's true IQ.

✓  FINE PAYMENT:   ✓  Fine  waived;       JVTA Fine $        ;   ✓  SMA OF $ 1,200  due immediately

   DFT is liable for restitution of:

   $         made payable to                  .

   DFT is jointly and severally liable for restitution with:                    .

   Restitution is DEFERRED FOR 90 DAYS.

**SENTENCING MINUTES CONTINUED**

### S/R or PROBATION.  DFT is under:

- ✓ Supervised Release for a total period of __3__ years (as to Counts __1 - 12__, to run concurrently)
- ___ Probation for a period of ____ years.
- ___ Home Detention of ____ months w/ following conditions:

### With the following special conditions or modifications:

- ___ DFT shall cooperate with the US Probation Officer and the Bureau of Immigration and Customs Enforcement regarding Immigration status. If deported, Dft shall not re-enter the United States without permission of the Attorney General or the Secretary of the Dept. of Homeland Security.
- ✓ DFT shall submit to: __✓__ testing for the use of illegal controlled substances or alcohol to excess.
- ✓ DFT shall be evaluated for substance abuse and mental health and referred to treatment as determined necessary through an evaluation process.  Treatment is not limited to, but may include participation in a Cognitive Behavioral Therapy program
- ___ DFT is NOT subject to drug testing–this condition is suspended based upon the Court's determination.
- ___ DFT shall participate in a program of mental health treatment.
- ___ DFT shall provide requested financial information to the U.S. Probation Officer.
- ___ DFT shall make any unpaid fine/restitution on a payment schedule to be determine by U.S. Probation.
- ___ DFT shall cooperate with the US Probation Officer and/or the appropriate state agency in the establishment and enforcement of child support payments
- ___ DFT shall not open new lines of credit or charges w/o USPO's approval or until restitution is satisfied
- ___ DFT shall not transfer or dispose of any assets w/o USPO's approval or until restitution is satisfied.
- ✓ DFT shall submit to standard search of their person, property, house, vehicle, papers, computers by USPO.
- ___ ADDITIONAL TERMS:

### Custody Status:

- ✓ DFT committed to the custody of the U.S. Department of Justice.
- ___ DFT to surrender to USMS at ____ or designated institution at his/her own expense no later than ____ on ____.
- ___ DFT remains on bond with ___ the same terms and conditions or ___ modified terms as follows: ____.
- ___ DFT is released after meeting with Probation Officer.

### Other:

- ___ Remaining count(s) _____ is/are dismissed on government motion.
- ✓ Court informs Dft of right to appeal.
- ___ Dft requests that the Clerk of Court file a notice of Appeal on his/her behalf.
- ✓ DFT addresses the Court.
- ✓ NO FORFEITURE       ___ FINAL ORDER OF FORFEITURE entered on _____ (doc. # )